UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD CONRAD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-01123-JCM-NJK |
| | ) | |
| vs. | ) | ORDER DENYING DISCOVERY PLAN |
| | ) | (Docket No. 8) |
| NCO Financial Systems Inc.; and Does 1-10, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 8), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan, no later than October 1, 2013, that complies with the Local Rules. Specifically, the parties are requesting a discovery period approximately two months longer than the typical 180 days from when the first defendant answered. Therefore, the Discovery Plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED" and the parties must provide "a statement of the reasons why longer or different time periods should apply to the case . . ." *See* LR 26-1(d).

Further, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. The pending proposed discovery plan incorrectly states that dates in the discovery plan and scheduling order may be modified up to 20 days before the discovery cut-off. All requests to extend deadlines in the discovery plan must comply fully with LR 26-4. The Court will not make any exceptions.

. . .

1   A revised discovery plan and scheduling order that complies with the Local Rules must be filed
2 no later than October 1, 2013.
3   IT IS SO ORDERED.
4   DATED: September 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2