SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
Tel:   702/257-1997
Fax:  702/257-2203

Attorney for Defendant, NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD CONRAD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.;<br>and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No.  2:13-cv-01123-JCM-NJK<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Donald Conrad, and Defendant NCO Financial Systems, Inc. ("NCO") hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against NCO with each side to bear its own fees and costs.

Dated: December ___ 2013.

/s/ David H. Kreiger
David H. Krieger, Esq.
Haines & Krieger, LLC
5041 North Rainbow Blvd.
Las Vegas, NV 89130
Telephone: (702) 880-5554 Ext. 223
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Counsel for Plaintiff

Shannon Splaine, Esq.
Lincoln, Gustafson & Cercos, L.L.C.
2300 W. Sahara Ave., Suite 300, Box 2
Las Vegas, Nevada 89102-4368
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
Email: ssplaine@lgclawoffice.com
Counsel for Defendant,
NCO Financial Systems, Inc.

1

## CERTIFICATE OF SERVICE

I certify that on this ____ day of December, 2013, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David H. Krieger, Esq.
Haines & Krieger, LLC
5041 N. Rainbow Boulevard
Las Vegas, NV  89130

_____
Barbara J. Privett, an employee
of THE LAW OFFICES OF
LINCOLN, GUSTAFSON & CERCOS

v:\a-e\conrad_nco\attorney notes\drafts\pleadings\20131226_stip.doc