# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD CONRAD,

    Plaintiff,

v.                                                              Case No. 2:13-cv-01123-JCM-NJK

NCO FINANCIAL SYSTEMS, INC.;
and DOES 1-10, inclusive,

    Defendant.

_____/

## ORDER

Considering the Joint Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above-captioned matter be and is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated December 31, 2013.

_____
UNITED STATES DISTRICT JUDGE